# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-06097-SVW-JPR | Date | September 27, 2021 |
| Title | Ronald Getaw v. Consolidated Disposal Service, L.L.C. et al | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Anne Kielwasser | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Sara Ehsani-Nia

Attorneys Present for Defendants: Miranda Alona Mossavar

**Proceedings:** NEW CASE STATUS CONFERENCE;
[15] MOTION to Remand Case to Los Angeles Superior Court filed by Ronald Getaw Ronald Getaw

Hearing held. The motion is submitted. Order to issue.

: 22

Initials of Preparer    PMC